```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:10-cv-01948-MCE-JFM** |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 8, 2010 FOR DEFENDANT P.& A. RUGGERI, INC. TO RESPOND TO COMPLAINT |
| vs. | |
| Santini Ruggeri, et al | |
| Defendants | |

Pursuant to Local Rule 144(a), Plaintiff Scott N. Johnson and Defendant, P.& A. Ruggeri, Inc. by and through their respective attorneys of record, Scott N. Johnson; Elizabeth W. Lawley, stipulate as follows:

1. An extension of time has been previously obtained for P.& A. Ruggeri, Inc. until November 7, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant P.& A. Ruggeri, Inc. is granted an extension until December 8, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant P.& A. Ruggeri, Inc. response will be due no later than December 8, 2010.

IT IS SO STIPULATED effective as of November 8, 2010

Dated:  November __, 2010              _____/s/_____

                                       Elizabeth W. Lawley,
                                       Attorney for Defendant
                                       P.& A. Ruggeri

Dated:  November 8, 2010               /s/Scott N. Johnson _____
                                       Scott N. Johnson,
                                       Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS ORDERED** that Defendant P.& A. Ruggeri, Inc.
2  shall have until December 8, 2010 to respond to the
3  complaint.  No other deadlines or extensions of time will
4  be granted.
5       IT IS SO ORDERED.
6  DATED: November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com