```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Santini Ruggeri, et al<br><br>    Defendants | Case No. **2:10-cv-01948-MCE-JFM**<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT and ORDER**<br><br>Joint Status Conference Statement: November 23, 2010 |

    Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from November 23, 2010 to December 20, 2010. Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on July 22, 2010; the 120 day time period for service would end on November 22, 2010. Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status

conference statement within 60 days after all Defendants are served.  The joint status conference statement would be due November 23, 2010.  Plaintiff filed a Stipulation and Proposed Order on November 10, 2010 granting Defendants an extension of time to respond to the complaint until December 8, 2010.  A continuance of the date for filing a joint status conference statement from November 23, 2010 to December 20, 2010 would give the Defendants time to file a response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions.

Dated:  November 19, 2010     /s/Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to December 20, 2010.  No further extensions of time will be granted.  The parties are reminded that regardless of requests, all parties are still required to comply with current court orders until otherwise modified by the Court.

    IT IS SO ORDERED.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE